UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 3:11-00223 |
| v. | ) |
| | ) JUDGE HAYNES |
| DEANGELO M. DERRICK | ) |

### RESPONSE TO DEFENDANT'S MOTION TO WITHDRAW ATTORNEY

Comes now the United States, by and through Assistant United States Attorney, Sunny A.M. Koshy, and hereby responds to defendant's pro se motion to withdraw attorney. (R. 32). The United States requests the Court set a status conference.

The United States believes it prudent for the Court to conduct a status hearing at which the defendant should be required to present sufficient grounds to justify his request for further appointment of publicly funded counsel.

[Handwritten note: This request is granted. A hearing is set for January 11, 2013 at 4:30 p.m.]

[Signature] 1-7-13

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

s/ *Sunny A.M. Koshy*
SUNNY A.M. KOSHY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
Phone: 615-736-5151